468 A.2d 836

Commonwealth v. Giovannitti, Appellant.
Petition for Allowance of Appeal
Denied Feb. 17, 1984.

Argued February 3, 1983.   Francis M. Walsh, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the late, distinguished and esteemed Common Pleas Court Judge Milton O. Moss is affirmed.

468 A.2d 836

Commonwealth v. Glover, Appellant.

Submitted May 18, 1983.   Curnel L. Bridges, Jr., for appellant; John Philips Luneau, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

The order of the court below is affirmed.